**WO**                                                                                       KM

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roland I. Kehano, Sr., | ) No. CV 05-2475-PHX-SMM (LOA) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| State of Hawaii, et al., | ) |
| Defendants. | ) |

On May 29, 2007, Plaintiff Roland I. Kehano, Sr., who is confined in the CCA/Red Rock Correctional Center, filed a "Motion Order to have Documents to all Defendants Appellees Mail-Out on Restricted Funds Approved by Contract Monitor John Ioane, Said by CCA/RRCC Case Manager Ms. Canuas. 7 Each Documents" (Doc. #30).

This action was dismissed on September 8, 2005 (Doc. #13) for failure to state a claim. Plaintiff appealed (Doc. #16). On April 10, 2007, the Ninth Circuit Court of Appeals issued a mandate affirming dismissal (Doc. #28).

The Court has reviewed Plaintiff's pending motion and is unable to determine what relief Plaintiff is seeking. The Court will therefore deny the Motion.

//

//

//

//

//

1

**IT IS ORDERED** that Plaintiff's May 29, 2007 Motion (Doc. #30) is **denied**.

2
Plaintiff must not file any further documents in this closed case.

3
DATED this 19th day of June, 2007.

4

5

6

7
Stephen M. McNamee
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28